UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF USA FOR 2703(d) ORDER FOR EIGHT UNIFORM RESOURCE LOCATORS SERVICED BY GOOGLE FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. § 1505 | SC No. 19-1208 |

## ORDER

The United States has submitted an Application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Google LLC ("PROVIDER"), an electronic communication and/or remote computing service provider located in Mountain View, California, to disclose the records and other information described in Attachment A to this Order. The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that PROVIDER shall, within ten days of receipt of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

Date: June 7, 2019

_____
HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

Provide the upload date and time (i.e., the date and time the videos were uploaded or "published" to YouTube.com) for each of the following videos:

1.) https://www.youtube.com/watch?v=x7uvbETwpwU

2.) https://youtu.be/x7UvbETwpwU

3.) https://www.youtube.com/watch?v=MQM1_tDk2h8&t=1929s

4.) https://www.youtube.com/watch?v=r6-qW_PzGEA

5.) https://www.youtube.com/watch?v=6gM_cyROnto

6.) https://www.youtube.com/watch?v=OPkRMIEv3-I

7.) https://www.youtube.com/watch?v=HXXwf-9otzU

8.) https://www.youtube.com/watch?v=HfrzKmeXsrI